# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO SAN JOSE, and MARIA SAN JOSE, <br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF LOS ANGELES, WILLIAM BRATTON and DEREK MOUSSEAU,<br><br>*Defendants.* | CASE NO. CV09-1823AHM (VBKx)<br><br>U.S. District Judge A. Howard Matz<br><br>[PROPOSED]<br><br>**JUDGMENT AFTER TRIAL**<br><br>**Trial: October 27, 2010** |

On November 5, 2010, following the presentation of evidence and argument during a jury trial which commenced October 27, 2010 and concluded November 5, 2010, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

**QUESTION NO. 1:** Did Plaintiffs prove that Officer Derek Mousseau used excessive, and therefore unreasonable, force against Byron San Jose? (Instructions 3A, 3B, 3C, and 3D)

                                                                                Yes ___ No _X_

*Regardless of how you answer Question 1, proceed to answer Question 2.*

**QUESTION 2:** Did Plaintiffs prove that Officer Derek Mousseau acted negligently in how he dealt with Byron San Jose? (Instructions 4A, 4B, 4D, and 4E)

                            Yes \_\_\_\_   No \_X\_\_

*If you answered "no" to Question 2, please sign and return this form. If you answered "yes" to Question 2, please answer the following question.*

**QUESTION 3:** Did Officer Mousseau prove that Byron San Jose acted negligently? (Instructions 4B, 4C, and 4D)

                            Yes \_\_\_\_   No \_\_\_\_

*If you answered "yes" to Question 3, please proceed to Question 4. If you answered "no" to Question 3, please sign and return this form.*

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

3

**QUESTION 4:** What percentage of responsibility for Byron San Jose's death do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| Officer Derek Mousseau | _____ % |
| Byron San Jose | _____ % |
| Total | 100% |

*Please sign and return this verdict form.*

Dated: __November 4, 2010__          By: __*Confidential*__
                                              Jury Foreperson

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, CITY OF LOS ANGELES, WILLIAM BRATTON, and DEREK MOUSSEAU and against Plaintiffs, ARNOLDO SAN JOSE and MARIA SAN JOSE, and that Plaintiffs take nothing; and that Defendants CITY OF LOS ANGELES, WILLIAM BRATTON, and DEREK MOUSSEAU be entitled to recover their costs from the Plaintiffs in accordance with Local Rule 54.

DATED: November 23, 2010

**HONORABLE A. HOWARD MATZ**
United States District Judge

JS-6

I reviewed the foregoing proposed judgment on behalf of my clients and submit it for the Court's consideration.

DATED: November 10, 2010

Respectfully submitted,

**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Asst. City Atty.
**CORY M. BRENTE**, Supervising Assistant City Attorney
**DENISE C. MILLS**, Deputy City Attorney

By  */S/ Denise C. Mills*
     DENISE C. MILLS, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, WILLIAM BRATTON, and DEREK MOUSSEAU**